CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: PO Box 262490, San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300, San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
1/30/19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **LAM B. PHAM, in individual and representative capacity as trustee of The Pham Family Living Trust dated October 18, 2002; LUYEN H. PHAM, in individual and representative capacity as trustee of The Pham Family Living Trust dated October 18, 2002; QUIK & SAVE INC., a California Corporation; and Does 1-10**, <br><br> Defendants. | **Case:** 4:19-CV-00241-YGR <br><br> **Plaintiff's Notice of Voluntary Dismissal With Prejudice** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants Lam B. Pham, Luyen H. Pham, and Quik & Save Inc. have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 24, 2019          CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorneys for Plaintiff

1

# PROOF OF SERVICE

## Johnson v. Pham et al
CASE #: 5:19-cv-00241-NC

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On January 24, 2019 I served the following document(s):

- **Plaintiff's Notice of Voluntary Dismissal With Prejudice**

Addressed to:

| Lam B. Pham & Luyen H. Pham<br>5259 Rio Grande Dr<br>San Jose, CA 95136 | Quik & Save Inc., a California Corporation<br>5245 Roeder Road<br>San Jose CA 95111 |
|---|---|

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
☐ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on January 24, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Andrew Sheaffer

PROOF OF SERVICE